

FILED
MAY 20 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF
AMERICA,

        Plaintiff,

v.

        Violation No. 3162005
        Magistrate Judge Anthony P. Patti

MICHAEL ABRAMS,

        Defendant.
_____/

## ORDER GRANTING IN PART THE GOVERNMENT'S MOTION FOR EXTENSION OF TIME AND TO ALLOW SERVICE OF THE RESPONSE ON DEFENDANT THROUGH ELECTRONIC MAIL

This matter is before the Court for consideration of Plaintiff's motion for an extension of time to respond to Defendant's motion to dismiss and to allow the government to file and serve the response on Defendant through electronic mail. I received the motion on May 20, 2015, when it was emailed to my law clerk. In the motion, Plaintiff indicates that it did not receive Defendant's faxed motion to dismiss until yesterday, the day in which the response was due. In addition, Plaintiff asserts that Defendant's attempt to serve the motion by fax was improper pursuant to the Eastern District of Michigan Local Rules. *See* E.D. Mich. LR

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 20, 2015, electronically and/or by U.S. Mail at the following addresses:

Michael Abrams
10500 Dix Ave., #170
Dearborn, MI 48120
Michael.abrams@hotmail.com

Mollie O'Rourke
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Mollie.ORourke@usdoj.gov

s/Ashlie Depinet
Law Clerk to the
Honorable Anthony P. Patti
(313) 234-5200

3